IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICKY LYNN MALLORY                                              PLAINTIFF

V.                                          CIVIL ACTION NO. 1:19-CV-00190-GHD-DAS

MUNICIPAL COURT OF TUPELO, MS                                   DEFENDANT

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant action is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED** this, the 19th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE